1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 02:08-MJ-00248 EFB

12 |                      Plaintiff,    [~~PROPOSED~~] ORDER

13 |          v.

14 | SHIVRAJ SINGH DABI,

15 |                      Defendant.

16

17

18     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 08-MJ-00248 EFB against defendant SHIVRAJ

20 SINGH DABI is GRANTED.

21 DATED: June 10, 2015.

22                                      _____
                                        EDMUND F. BRENNAN
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28